Tyler A. Brown (State Bar No. 121350)
Yuki Cruse (State Bar No. 310073)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Tyler.Brown@jacksonlewis.com
E-mail: Yuki.Cruse@jacksonlewis.com

Attorneys for Defendants
EQUINOX HOLDINGS, INC., EQUINOX FITNESS BERKELEY, INC.

David J. Lee (State Bar No. 296294)
DAVID LEE LAW, APC
515 South Flower Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 236-3536
Facsimile: (866) 658-4722
E-mail: david@davidjleelaw.com

Attorneys for Plaintiff
ANJA AKHILE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJA AKHILE, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EQUINOX HOLDINGS, INC., a Delaware Corporation; EQUINOX FITNESS BERKELEY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 4:19-cv-03331-SBA<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ALL PARTIES**<br><br>**[Fed. R. Civ. Proc., Rule 41]**<br><br>Complaint Filed:　May 10, 2019<br>Removal Filed:　　June 12, 2019 |

/ / /

/ / /

/ / /

/ / /

1

Joint Stipulation and Order for Dismissal with
Prejudice of Entire Action and all Parties　　　　　　　　　　　　　　Case No. 4:19-cv-03331-SBA

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

On or about January 30, 2020 Plaintiff ANJA AKHILE ("Plaintiff") and Defendant EQUINOX HOLDINGS, INC. ("Defendant") (collectively, the "Parties"), entered into a Settlement Agreement and General Release (the "Settlement Agreement"). Accordingly, the Parties, by and through their undersigned counsel of record, hereby stipulate and request that the Court, in accordance with Fed. R. Civ. Proc., Rule 41, take notice of the settlement in the above referenced case and dismiss this case in its entirety, with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 25, 2020          JACKSON LEWIS P.C.

By:  */s/ Yuki Cruse*
Tyler A. Brown
Yuki Cruse
Attorneys for Defendants
EQUINOX HOLDINGS, INC., EQUINOX FITNESS BERKELEY, INC.

Dated: February 25, 2020          DAVID LEE LAW, APC

By: 
David J. Lee
Attorneys for Plaintiff
ANJA AKHILE

**ORDER**

Having considered the Joint Stipulation for Dismissal with Prejudice of Entire Action and All Parties and good cause appearing therefor, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: February 26, 2020

_____
HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

4842-9295-7110, v. 1

3

Joint Stipulation and Order for Dismissal with
Prejudice of Entire Action and all Parties                             Case No. 4:19-cv-03331-SBA